UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | WMN 02 CV 754 |
| JOHN RACHEL, et al. | : | |
| Defendants. | : | |

## ORDER

Upon consideration of Defendants' Motion to withdraw a previous Motion for the Issuance of a Contempt Order against Ichiban, Inc., it is this __5th__ day of __November__ 2002,

ORDERED that the Motion is granted and the previous Motion is withdrawn.

_____
United States District Judge

Copies to Counsel of Record

