
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

*FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND*

*2002 DEC 10 P 3: 25*

*CLERK'S OFFICE AT BALTIMORE*

*_____ DEPUTY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff** | : | |
| | : | Case No. WMN-02-754 |
| v. | : | |
| **JOHN RACHEL, et al.** | : | |
| **Defendants** | | |

...oOo...

### ORDER

For the reasons set forth in the foregoing Motion for Enlargement of Time, it is this 9th day of December, 2002,

**ORDERED**, that the discovery deadline be ENLARGED to ***December 19, 2002.***

_____
The Honorable William M. Nickerson
United States District Judge

**COPIES TO:**
Edward J. Tolchin, Esq.
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive, Suite 300
Fairfax, VA  22030
*Counsel for Defendants*

Tamera L. Fine, Esquire
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692
*For Plaintiff*

