IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 22 P 3: 37

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| **Plaintiff** | : | |
| | | **Case No. WMN-02-754** |
| v. | : | |
| JOHN RACHEL, et al. | : | |
| **Defendants** | : | |

...oOo...

**ORDER**

For the reasons set forth in the foregoing Motion for Enlargement of Time to File

Response to Defendants' Joint Motion for Sanctions, to Compel, and in Limine, this Court

GRANTS the motion and ORDERS the plaintiff to file its response no later than January 22,

2003.

SO ORDERED THIS 22ⁿᵈ Day of January, 2003.

The Honorable William M. Nickerson
United States District Judge

**COPIES TO:**

Edward J. Tolchin, Esq.
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive, Suite 300
Fairfax, VA   22030
*Counsel for Defendants*

Tamera L. Fine, Esquire
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692
*For Plaintiff*