IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : |
| | Case No. WMN-02-754 |
| v. | : |
| JOHN RACHEL, et al. | : |
| Defendants | : |

...oOo...

### ORDER

For the reasons set forth in the foregoing Motion for Enlargement of Time to File Response and Cross-Motion for Summary Judgment, this Court GRANTS the motion and ORDERS the plaintiff to file its response and cross-motion, along with any supporting papers, no later than January 22, 2003.

SO ORDERED THIS 22nd Day of January, 2003.

_____
The Honorable William M. Nickerson
United States District Judge

**COPIES TO:**

Edward J. Tolchin, Esq.
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive, Suite 300
Fairfax, VA  22030
*Counsel for Defendants*

Tamera L. Fine, Esquire
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692
*For Plaintiff*

