# Fettmann, Tolchin & Majors PC

ATTORNEYS & COUNSELORS-AT-LAW

MAILING ADDRESS

10509 Judicial Drive, Suite 300
Fairfax, VA 22030-7501
t: 703.385.9500
f: 703.385.9893

CORRESPONDENT OFFICE

New York City
t: 877.385.3864

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB 21  P 2: 31

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

February 20, 2003

**VIA FEDERAL EXPRESS**
The Honorable William M. Nickerson
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

> Re:  *REQUEST TO DELAY TRIAL ONE DAY: US v. John Rachel, et al., Case No: WMN 02 CV 754*

Dear Judge Nickerson:

    We are writing to request that the Court delay the trial of this matter by one day, so that it will commence on October 7, ~~2002~~ 2003 instead of October 6, ~~2002~~ 2003. October 6 is Yom Kippur and therefore is unavailable to counsel and witnesses. We apologize to the Court for the confusion. The holiday did not appear on counsel's electronic calendar which counsel used when scheduling the matter.

Very truly yours,

Edward J. Tolchin

cc:    Ms. Tamara Fine

APPROVED _____ THIS 21st DAY
OF  February , 2003
_____
SENIOR UNITED STATES DISTRICT JUDGE