IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Civil Action WMN-02-754 |
| | : |
| JOHN RACHEL, et al. | : |

**ORDER**

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 10th day of July, 2003, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That the Government's Motion to Amend or Correct the Scheduling Order (Paper No. 14) is hereby DENIED as moot;

2. That Defendants' Joint Motion for Sanctions, To Compel, and in Limine (Paper No. 16) is hereby DENIED;

3. That Defendants' Joint Motion for Summary Judgment and Partial Dismissal for Lack of Jurisdiction (Paper No. 17) is hereby DENIED;

4. That the Government's Motion for Summary Judgment (Paper No. 26) is hereby GRANTED in part and DENIED as moot in part in that:

    a. Summary Judgment with respect to liability is granted as to Counts I, II, and III of the Complaint;

    b. The motion for summary judgment is denied as moot as to Counts IV, V, VI, VII, and VIII of the Complaint; and

5. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

/s/

William M. Nickerson
Senior United States District Judge