# *FILED SEPARATELY SHEET*

Civil Docket No. WMN-02-754

Criminal Docket No.

## *FILED SEPARATELY*

- ☐ Answer
- ☐ Answer and attachment(s)
- Attachment(s)
- Exhibit(s)
- ☐ Motion
- ☐ Sealed
- ☐ Transcript of Proceedings before the Court on
- ☐ Transcript of Proceedings before SSA
- Deposition of taken on
- Other _ EX PARTE VERIFIED APPLICATION FOR PREJUDGMENT WRIT OF ATTACHMENT

## *MARGINAL ORDER*

For Pleading No.

See Pleading No.

**NO.37**