# *FILED SEPARATELY SHEET*

Civil Docket No.  WMN-02-754

Criminal Docket No.

## *FILED SEPARATELY*

☐     Answer

☐     Answer and attachment(s)

☐     Attachment(s)

Exhibit(s)

Motion:

Sealed

Transcript of Proceedings before the Court on

Transcript of Proceedings before SSA

Deposition of taken on

Other     NOTICE OF APPLICATION FOR PREJUDGMENT WRIT OF ATTACHMENT

## *MARGINAL ORDER*

For Pleading No.

See Pleading No.

**NO.38**