U.S. Department of Justice  
United States Marshals Service

DEC - 5 2003

**PROCESS RECEIPT AND RETURN**
*See instructions for "Service of Process by U.S. Marshal"*

CLERK U.S
DISTRM

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** Civil Case No. WMN-02-754 |
| **DEFENDANT** John Rachel, Priscilla Rachel, RGI Inc., and CSM Inc. | **TYPE OF PROCESS** Writ of Attachment of Property |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PRISCILLA RACHEL

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
11715 Aden Road, Nokesville, Virginia, 20181

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ariana Wright Arnold, Assistant United States Attorney
6625 United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2692

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 2 & 2 posted |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

DEC - 3 2003

Serve at 11715 Aden Road and/or 11801 Aden Road. Service should include 4 items: U.S. DISTRICT COURT
(1) Writ of Attachment signed by Judge Nickerson; (2) Notice of Application for Attachment signed by Clerk of Court
(3) Request for Hearing and Exemption Form; and (4) Notice of Levy of Prejudgment Attachment signed by U.S. Marshal

Signature of Attorney or other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT   TELEPHONE NUMBER (410) 209-4883   DATE 11-12-2003

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 83 | District to Serve No. BB | Signature of Authorized USMS Deputy or Clerk | Date 11/21/03 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
John Rachel

[X] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

Date 12/1/03   Time 1:10 [ ]am [X]pm

Signature of U.S. Marshal or Deputy

| Service Fee 45 | Total Mileage Charges including *endeavors* 14.58 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS: None

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 Rev. 12/15/80 Automated 01/00 |

U.S. Department of Justice  
United States Marshals Service

PROCESS RECEIPT AND RETURN  
See instructions for "Service of Process by U.S. Marshal"

DEC - 5 2003

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Civil Case No. WMN-02-754 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| John Rachel, Priscilla Rachel, RGI Inc., and CSM Inc. | Writ of Attachment of Property |

SERVE AT  
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
JOHN RACHEL  
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
11715 Aden Road, Nokesville, Virginia, 20181

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ariana Wright Arnold, Assistant United States Attorney  
6625 United States Courthouse  
101 W. Lombard Street  
Baltimore, MD 21201-2692

| Number of process to be served with this Form 285 | 4 |
|---|---|
| Number of parties to be served in this case | 2 & 2 posted |
| Check for service on U.S.A. | |

Serve at 11715 Aden Road and/or 11801 Aden Road. Service should include 4 items:  
(1) Writ of Attachment signed by Judge Nickerson; (2) Notice of Application for Attachment signed by Clerk of Court  
(3) Request for Hearing and Exemption Form; and (4) Notice of Levy of Prejudgment Attachment signed by U.S. Marshal

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT  
TELEPHONE NUMBER: (410) 209-4883  
DATE: 11-12-2003

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)  
Total Process: 1  
District of Origin No.: 83  
District to Serve No.: 83  
Signature of Authorized USMS Deputy or Clerk  
Date: 11/21/03

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 12/1/03  Time: 1:10 [X] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: None

PRIOR EDITIONS MAY BE USED  
PRINT 5 COPIES:  
1. CLERK OF THE COURT  
2. USMS RECORD  
3. NOTICE OF SERVICE  
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.  
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285  
Rev. 12/15/80  
Automated 01/00

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See instructions for "Service of Process by U.S. Marshal"

DEC 5 2003

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Civil Case No. WMN-02-754 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| John Rachel, Priscilla Rachel, RGI Inc., and CSM Inc. | Writ of Attachment of Property |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Real Property located at 11715 Aden Road, Nokesville, Virginia. Parcel 081-01-000-0077A, Liber 157 Folio 1474

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
11715 Aden Road, Nokesville, Virginia, 20181

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ariana Wright Arnold, Assistant United States Attorney
6625 United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2692

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 2 & 2 posted |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

DEC - 3 2003

Affix both (1) a copy of Writ of Attachment signed by Judge Nickerson, and (2) Notice of Levy signed by the U.S. Marshal, on the Property or in a conspicuous place in the vicinity of it.
The writ provides that in executing the writ personnel from the U.S. Marshal's office may enter upon the property, including any residence or other building as is necessary to execute the writ.

Signature of Attorney or other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: (410) 209-4883
DATE: 11-12-2003

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 83 | District to Serve No. 83 | Signature of Authorized USMS Deputy or Clerk | Date 11/21/03 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
John Rachel

[X] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 12/1/03  Time 1:10 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: None

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

DEC - 5 2003

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Civil Case No. WMN-02-754 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| John Rachel, Priscilla Rachel, RGI Inc., and CSM Inc. | Writ of Attachment of Property |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Real Property located at 11801 Aden Road, Nokesville, Virginia, Parcel 7493-99-6107, Liber 1157 Folio 1474

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

11715 Aden Road, Nokesville, Virginia, 20181

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ariana Wright Arnold, Assistant United States Attorney
6625 United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2692

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 2 & 2 posted |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

DEC - 3 2003

Affix both (1) a copy of Writ of Attachment signed by Judge Nickerson, and (2) Notice of Levy signed by the U.S. Marshal, on the Property or in a conspicuous place in the vicinity of it.

The writ provides that in executing the writ personnel from the U.S. Marshal's office may enter upon the property, including any residence or other building as is necessary to execute the writ.

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (410) 209-4883
DATE: 11-12-2003

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 83 | District to Serve No. 83 | Signature of Authorized USMS Deputy or Clerk | Date 11/21/03 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: John Rachel

[✓] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 12/1/03  Time: 1:10 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: None

---

PRIOR EDITIONS MAY BE USED    PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00