UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

January 23, 2004

Tamera Fine, Esq.
Edward J. Tolchin, Esq.

    Re:  United States v. John Rachel, et al.
          Civil Action No. WMN-02-754

Dear Counsel:

    I have been advised by Magistrate Judge Gesner that further settlement discussions would not be productive.

    I have, therefore, set a hearing on defendants' Motion to Quash for Friday, February 13, 2004 at 11:00 a.m.

    The Government's response to the motion is to be filed on or before Tuesday, February 2, 2004, and any reply thereto by February 9, 2004.

                      Very truly yours,

                      /s/
                      William M. Nickerson
                      Senior United States District Judge

WMN:ce

cc:  Court File