UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. WMN-02-754 |
| ) | |
| **JOHN RACHEL, et al.,** ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

TO:  Clerk of the Court

Please ENTER the appearance of Ariana Wright Arnold, Assistant United States Attorney, as additional counsel for Plaintiff United States of America.

Dated:  <u>January 27, 2004</u>

    Respectfully submitted,

    Thomas M. DiBiagio
    United States Attorney

    By:_____/s/_____
    Ariana Wright Arnold
    Assistant United States Attorney
    Federal Bar No. 23000
    6625 United States Courthouse
    101 West Lombard Street
    Baltimore, Maryland 21201-2692
    (410) 209-4883

    *For Plaintiff, United States of America*