UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. WMN-02-754 |
| | ) | |
| **JOHN RACHEL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For the reasons set forth in the Plaintiff's Opposition to Motion to Quash, it is this

_____ day of February, 2004,

ORDERED, that the Defendants' Motion to Quash is hereby DENIED.

_____
The Honorable William M. Nickerson
United States District Judge