UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

February 13, 2004

Ariana Wright Arnold, Esq.
Asst. U. S. Attorney
3625 U. S. Courthouse
Baltimore, MD 21201

Edward J. Tolchin, Esq.
Fettmann, Tolchin & Majors
10509 Judicial Drive, Ste. 300
Fairfax, VA 22030

Re:   United States v. Rachel
      Civil Action No. WMN-02-754

Dear Counsel:

This will confirm that the Defendants' Motion to Quash Ex Parte Prejudgment Attachment was denied for the reasons stated in open court this morning.

The briefing schedule for motions regarding damages is as follows:

1. The Government's motion for summary judgment shall be filed on or before February 27, 2004;

2. Defendants' response shall be filed on or before March 18, 2004; and

3. The Government's reply shall be filed on or before March 29, 2003.

Despite the informal nature of this letter, it shall constitute an order of Court, and the Clerk is directed to docket it as such.

Very truly yours,

/s/
William M. Nickerson
Senior United States District Judge

WMN:ce

cc:   Court File