IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            :

      Plaintiff                          :
                               Case No. WMN-02-754
v.                                  :

JOHN RACHEL, et al.                 :

      Defendant

...oOo...

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DAMAGES**

    The United States of America, by and through its counsel Thomas M. DiBiagio, United

States Attorney for the District of Maryland, and Tamera L. Fine, Assistant United States

Attorney for said district, hereby moves this Court for an order granting the United States

summary judgment on the issue of damages, pursuant to Rule 56 of the Federal Rules of Civil

Procedure.

February 27, 2004               Respectfully submitted,

                             Thomas M. DiBiagio
                             United States Attorney


                             Tamera L. Fine

                             _____
                             Tamera L. Fine
                             Assistant United States Attorney
                             6625 United States Courthouse
                             101 West Lombard Street
                             Baltimore, Maryland 21201-2692
                             410-209-4806