IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : |
| | Case No. WMN-02-754 |
| v. | : |
| JOHN RACHEL, et al. | : |
| Defendant | |

...oOo...

## NOTICE OF FILING VOLUMINOUS EXHIBITS

The United States of America, by and through its counsel Thomas M. DiBiagio, United States Attorney for the District of Maryland, and Tamera L. Fine, Assistant United States Attorney for said district, hereby provides notice that it is filing paper copies of the declarations and exhibits in support of it Motion for Summary Judgment due to the extremely bulky nature of these exhibits. A full set of the exhibits, along with a copy of this notice, is being served upon the defendants' counsel in this case.

February 27, 2004                     Respectfully submitted,

                                      Thomas M. DiBiagio
                                      United States Attorney

                                      Tamera L. Fine

                                      _____
                                      Tamera L. Fine
                                      Assistant United States Attorney
                                      6625 United States Courthouse
                                      101 West Lombard Street
                                      Baltimore, Maryland 21201-2692
                                      410-209-4806