# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **Plaintiff** | : |
| | **Case No. WMN-02-754** |
| **v.** | : |
| **JOHN RACHEL, et al.** | : |
| **Defendant** | |

...oOo...

ORDER

Before this Court is the United States' Motion for Summary Judgment on Damages, and this Court hereby GRANTS the government's motion and ORDERS the clerk to enter summary judgment in favor of the United States in the amount of $1,304,084.88 for triple damages, plus $220,000.00 for statutory penalties, and post judgment interest at the rate established by law

SO ORDERED this _____ day of _____, 2004.


_____
United States District Judge