## Certificate of Service

      I certify that on this 27th day of February, 2004, I served via first class mail, postage prepaid, a copy of the foregoing PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DAMAGES with declarations, exhibits, proposed ORDER and NOTICE OF FILING VOLUMINOUS EXHIBITS to Edward J. Tolchin, Esq., Fettmann, Tolchin & Majors, P.C., 10509 Judicial Drive, Suite 300, Fairfax, VA  22030.

                                              <u>Tamera L. Fine</u>
                                              Tamera L. Fine