UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED SATES OF AMERICA** | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | WMN 02 CV 754 |
| | : | |
| **JOHN RACHEL, et al.** | : | |
| | : | |
|     **Defendants.** | : | |

**DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT ON DAMAGES**

Defendants John Rachel *et al* move for summary judgment on damages pursuant to Fed. R. Civ. P. 56.  The grounds for this motion are set forth in the attached Memorandum.

    Respectfully submitted,

    S/Edward J. Tolchin
    Edward J. Tolchin
    Fettmann, Tolchin & Majors, P.C.
    10509 Judicial Drive, Suite 300
    Fairfax, VA 22030
    703-385-9500
    703-385-9893 (facsimile)
    etolchin@ftm-pc.com
    Counsel for Defendants

**Certificate of Service**

I hereby certify that on this 18th day of March 2004, I filed the Defendants' Cross-Motion for Summary Judgment on Damages, with all exhibits thereto, via first class mail, postage prepaid, on: Tamera L. Fine, Assistant United States Attorney, 6625 United States Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21401.  I also filed the aforementioned pleading electronically with the Court and served a copy by the same means on all counsel of record.

S/Edward J. Tolchin
Edward J. Tolchin