UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED SATES OF AMERICA** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | WMN 02 CV 754 |
| : | |
| **JOHN RACHEL, et al.** : | |
| : | |
| Defendants. : | |

**NOTICE OF FILING OF LENGTHY EXHIBITS**

The Exhibits which are attachments to Defendants' Opposition to Plaintiff's Motion for Summary Judgment on Damages and Memorandum in Support of Defendants' Cross-Motion for Summary Judgment on Damages exist only in paper format and are 15 pages or longer. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

March18, 2004                                    Respectfully submitted,


                                                 S/Edward J. Tolchin
                                                 Edward J. Tolchin
                                                 Fettmann, Tolchin & Majors, P.C.
                                                 10509 Judicial Drive, Suite 300
                                                 Fairfax, VA 22030
                                                 703-385-9500
                                                 703-385-9893 (facsimile)
                                                 etolchin@ftm-pc.com
                                                 Counsel for Defendants

**Certificate of Service**

      I hereby certify that on this 18th day of March 2004, I filed the Notice of Filing of Lengthy Exhibits via first class mail, postage prepaid, on: Tamera L. Fine, Assistant United States Attorney, 6625 United States Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21401.  I also filed the aforementioned pleading electronically with the Court and served a copy by the same means on all counsel of record.

                                                  S/Edward J. Tolchin
                                                  Edward J. Tolchin