## Certificate of Service

      I certify that on this 5th day of April, 2004, I served via first class mail, postage prepaid, a copy of the foregoing **PLAINTIFF'S RESPONSE TO CROSS-MOTION FOR SUMMARY JUDGMENT ON DAMAGES AND REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DAMAGES** to Edward J. Tolchin, Esq., Fettmann, Tolchin & Majors, P.C., 10509 Judicial Drive, Suite 300, Fairfax, VA  22030.

                                                  Tamera L. Fine
                                                  Tamera L. Fine