IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       :
                               :
v.                             :   Civil No. WMN-02-754
                               :
JOHN RACHEL, <u>et al.</u>            :

## ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 29th day of September, 2004, by the United States District Court for the District of Maryland. ORDERED:

1. That Plaintiff United States of America's Motion for Summary Judgment, Paper No. 47, is hereby GRANTED in part and DENIED in part; in that judgment is entered in favor of the United States of America and against Defendants in the amount of $1,506,708.10.

2. That Defendants John Rachel, Priscilla Rachel, Computer Specialties of Maryland, Inc., and RGI's Motion for Summary Judgment, Paper No. 48, is hereby DENIED.

3. That the Clerk of the Court shall mail or transmit copies of the foregoing Memorandum and this Order to all counsel of record.

                                          _____/s/_____
                                          William M. Nickerson
                                        Senior United States District Judge

Dated: September 29, 2004