UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| vs. | : Civil No: WMN-02-754 |
| JOHN RACHEL, *et al* | : |
| Defendants. | : |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants John Rachel, Priscilla Rachel, RGI, Inc., and CSM, Inc., in the above captioned case, respectfully appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Order of September 29, 2004 and accompanying Memorandum granting judgment in favor of Plaintiff United States of America, and all prior orders and rulings.

Respectfully submitted

s/Edward J. Tolchin
Edward J. Tolchin, Esquire
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive, Suite 300
Fairfax, Virginia 22030
(703) 385-9500
(703) 385-9893 (Fax)
Counsel for Plaintiff
etolchin@ftm-pc.com

**Certificate of Service**

      I hereby certify that on October 5, 2004, a true copy of the foregoing Defendants' Notice of Appeal was filed electronically. I understand that the notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          s/Edward J. Tolchin
                                          Edward J. Tolchin