sn2

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

FILED:
October 15, 2004

TRANSCRIPT ORDER ACKNOWLEDGMENT

TO: Sharon Mech

RE: 04-2276 US v. Rachel
    CA-02-754-1-WMN

OCT 1 8 2004
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

A Transcript Order for this case was received by the court of appeals on 10/15/04.

Under the Guidelines for Preparation of Appellate Transcripts in the Fourth Circuit, the transcript will be due on 12/14/04. If it is filed after that date, financial sanctions will be applicable.

This transcript will be deemed ordered and due on the above date if a response is not mailed within 7 days of receipt of this Acknowledgment by the reporter. Do not return this form if the Transcript Order is clear, you are the proper person from whom a transcript should be ordered, satisfactory financial arrangements have been made, the date of the order appears correct and the order is otherwise clear and correct.

If there are problems with the Transcript Order, check the appropriate box below and return a copy to the court of appeals and a copy to the district court reporter coordinator.

   [ ] Criminal Justice Act funds have not been approved (CJA 24)

       Motion for transcript at government expense has not been granted
       [28 U.S.C. section 753(f)]

   [ ] Satisfactory financial arrangements have not been made.
       Reason: [ ] Deposit not received  [ ] Other (specify)

       _____

       Transcript Order is unclear - proceedings requested should be more
       specific or dates of proceedings are incorrect.

[✓] [ ] Transcript Order has not been received by reporter or, [ ] was
       received after Transcript Order was received by court of appeals.

   [ ] Other (specify)

       _____

       _____

04-2276

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## TRANSCRIPT ORDER

FILED
OCT 1 5 2004
U.S. Court of Appeals
Fourth Circuit

READ INSTRUCTIONS ON PAGE TWO BEFORE COMPLETING

Case Style __United States of America v. John Rachel, Priscilla Rachel, RGI, Inc., and CSM, Inc.__
District Ct. No. __WMN-02-754__          District __of Maryland__
Date Notice of Appeal filed __10/5/04__          Ct. of Appeals No. _____
Name of Court Reporter/Electronic Rec. ____ Sharon Meck-O'Neill
Address of Reporter __U.S. District Court, 6500 Cherrywood Lane, Room 240, Greenbelt, MD 20770__

TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT - DO NOT SUBMIT FORM UNTIL FINANCIAL ARRANGEMENTS HAVE BEEN MADE WITH THE REPORTER. IF THIS COMPLETED FORM IS NOT MAILED TO THE COURT REPORTER AND A COPY FILED WITH THE DISTRICT COURT CLERK WITHIN TEN (10) DAYS AFTER FILING NOTICE OF APPEAL, THE APPEAL WILL BE SUBJECT TO DISMISSAL PURSUANT TO FOURTH CIRCUIT LOCAL RULE 45. ADDITIONAL COPIES OF THIS FORM MUST BE FILED WITH TWO COPIES OF APPELLANT'S DOCKETING STATEMENT WITH THE CLERK OF THE COURT OF APPEALS WITHIN FOURTEEN DAYS OF FILING THE NOTICE OF APPEAL. A SEPARATE TRANSCRIPT ORDER MUST BE COMPLETED FOR EACH REPORTER FROM WHOM A TRANSCRIPT IS REQUESTED.

A. This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate total number of pages].

**PROCEEDING**                                        **HEARING DATE(S)**

☐ Voir Dire
☐ Opening Statement (Plaintiff)
☐ Opening Statement (Defendant)
☐ Closing Argument (Plaintiff)                                          OCT 1 8 2004
☐ Closing Argument (Defendant)                              CLERK U.S. DISTRICT COURT
☐ Opinion of Court                                              DISTRICT OF MARYLAND
☐ Jury Instructions                                                        BY ____ DEPUTY
☐ Sentencing
☐ Bail Hearing
☐ Pre-Trial Proceedings (specify)
  _____

☐ Testimony (specify)
  _____

☑ Other (specify)         February 13, 2004
   Motion to Quash

**TOTAL ESTIMATED PAGES** _____

NOTE: *FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED IS GROUNDS FOR DISMISSAL OF AN APPEAL.*

B. I certify that I have contacted the court reporter (or coordinator if electronic recording from the District of Maryland) and satisfactory financial arrangements for payment of the transcript have been made.
  ☐ Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)
  ☐ Criminal Justice Act. A CJA Form 24 has been submitted to the district judge. (Attach a photocopy of the CJA 24 to the court of appeals' and reporter's copies.)
  ☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been submitted to the district judge.
  ☑ Advance payment waived by court reporter.
  ☐ Federal Public Defender - no CJA Form 24 necessary

Signature _____  Typed Name __Edward J. Tolchin__
Address __Fettmann, Tolchin & Majors, P.C., 10509 Judicial Drive, Suite 300, Fairfax, VA 22030__
Telephone No. __(703) 385-9500__          Date Mailed to Reporter _____