```
                        JUDGMENT
                                      FILED: December 7, 2006

                UNITED STATES COURT OF APPEALS

                          for the

                       Fourth Circuit


                       No. 04-2276
                       CA-02-754-1-WMN


UNITED STATES OF AMERICA

          Plaintiff - Appellee

  v.

JOHN J. RACHEL; PRISCILLA RACHEL; RGI, INCORPORATED, a
Virginia Corporation; CSM, INCORPORATED, a Maryland
corporation

          Defendants - Appellants




                  ---------------------
       Appeal from the United States District Court for the
             District of Maryland at Baltimore
                  ---------------------
```

In accordance with the written opinion of this Court filed this day, the Court vacates the summary judgment and the writ of attachment of the District Court. This case is remanded to the District Court for further proceedings consistent with the Court's opinion.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate.  The judgment will take effect upon issuance of the mandate.

```
                              /s/ Patricia S. Connor
                              _____
                                       CLERK
```