UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
January 29, 2007

No. 04-2276
CA-02-754-1-WMN

UNITED STATES OF AMERICA

    Plaintiff - Appellee

JOHN J. RACHEL; PRISCILLA RACHEL; RGI, INCORPORATED, a Virginia Corporation; CSM, INCORPORATED, a Maryland corporation

    Defendants - Appellants

M A N D A T E

    The judgment of this Court, entered 12/7/06, takes effect this date.

    A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.

    /s/ Patricia S. Connor
    -----------------------
           CLERK

[Stamp: FILED / ENTERED / LODGED / RECEIVED — JAN 3 0 2007 — AT BALTIMORE, CLERK U.S. DISTRICT COURT, DISTRICT OF MARYLAND — BY ____ DEPUTY]