**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**WILLIAM M. NICKERSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

February 6, 2007

All Counsel

    Re:   **United States v. John J. Rachel, et al.**
               **Civil Case No. WMN-02-754**

Dear Counsel:

    As you know, this case was remanded by the U. S. Court of Appeals for the Fourth Circuit for further proceedings.

    I have scheduled a telephone status conference, to be initiated by counsel for the Government, for Tuesday, March 6, 2007 at 10:00 a.m.  Please be prepared at that time to brief me on the current status of the case and to schedule further proceedings.

                                Very truly yours,

                                      /s/

                                William M. Nickerson
                                Senior United States District Judge

cc:   Court File