## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **Civil No. WMN-02-754** |
| | ) | |
| **JOHN RACHEL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Michael A. DiPietro, Assistant United States Attorney for the District of Maryland as counsel for the Plaintiff United States, in the above captioned matter.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:_____/s/_____
     Michael A. DiPietro
     Assistant United States Attorney
     Bar Number Bar No. 023885
     36 South Charles Street,
     Fourth Floor
     Baltimore, Maryland 21201
     (410) 209-4800