# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **Civil No. WMN-02-754** |
| | ) | |
| **JOHN RACHEL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Jamie M. Bennett, Assistant United States Attorney for the  District of Maryland as counsel for the Plaintiff United States, in the above captioned matter.


Respectfully submitted,

Rod J. Rosenstein
United States Attorney


By:_____/s/_____
         Jamie M. Bennett
         Assistant United States Attorney
         Bar Number Bar No. 08468
         36 South Charles Street,
         Fourth Floor
         Baltimore, Maryland 21201
         (410) 209-4800