**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff** | : | |
| | : | **Case No. WMN-02-754** |
| v. | : | |
| **JOHN RACHEL, et al.** | : | |
| **Defendant** | | |

...oOo...

**ORDER**

For the reasons set forth in the foregoing Motion for Return of Exhibits filed by the United States, it is this _____ day of September, 2007 ORDERED:

That the United States Motion for Return of Exhibits is hereby GRANTED; and

That the Clerk of the Court is hereby ORDERED to return Exhibit B to Paper 47 to the United States for use at the trial of this matter currently scheduled for October 29, 2007.

_____
The Honorable William M. Nickerson
United States District Judge