**FETTMANN, TOLCHIN & MAJORS, P.C.**
10509 Judicial Drive
Suite 300
Fairfax, Virginia 22030
(703) 385-9500
(703) 385-9893 (facsimile)
(240) 526-7657 (personal facsimile for Mr. Tolchin)
etolchin@ftm-pc.com

### FACSIMILE TRANSMISSION SHEET

TO: Michael DiPietro                    DATE: August 27, 2007
    Assistant United States Attorney

FACSIMILE NO: 410-962-9947

FROM: Ed Tolchin

RE: USA v. Rachel, et al

MESSAGE: Attached is a clearer copy of Exhibit I to the Expert Identification.

NUMBER OF PAGES BEING SENT (INCLUDING THIS PAGE): 3

HARD COPY WILL FOLLOW    [ ]        WILL NOT FOLLOW [X]

PLEASE CALL OUR OFFICE TO
    CONFIRM RECEIPT                    YES [ ]    NO [xx]

IF THIS TRANSMISSION IS INCOMPLETE, PLEASE TELEPHONE LINDA IMMEDIATELY AT (703) 385-9500

INFORMATION CONTAINED IN THIS FAX IS ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL, INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IF YOU ARE NOT THE ADDRESSEE, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE OF THIS FAX IS PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE CALL US COLLECT ASAP. THANK YOU.

Hinge Kit Pricing Warranty Risk and Design Risk

Estimated Quantity: Unknown, Figure 100 per month

Cost Estimate: $30 - $40 in reasonable quantities
Prorate $35

Cost        35.00
G&A @ 9     3.15
            38.15
Profit IV    4.58
            42.73

(Guarantee for 6 months, will have to be replaced if Breaks)

Price
  New Cover       26.00
  New Hinge Kit   35.00
  LCD Cover       26.00
  Tilt Support    10.00
  Tilt Cover       5.00

will have to be replaced possibly if hinge fails!!!

  Shipping (ruwp)  35.00
  Labor Cost       25.00
                  182.00

Estimated Factor
  Auto  30-40%
  Use    35%

(2)

Failure Rate 3½%

100 Extruders Monthly
Failure 35% or 35 = Cost $6,370
(35 × 182)

Risk would be 100 units per month or $63.70
(100 ÷ $6,370 = 63.70)

Other Parts that might break

Memory Board  $480.00
Cover              5.00
Front Cover      35.50
              + _____
                $520.50

Estimate 2% possibility
for other parts (2% × 520.50 = $10.41)

Summary for Cost

Mfg.        $43.00
Risk Replace  64.90
            _____
             107.00

Other Risk    10
            _____
          $ 117