**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*Jamie M. Bennett*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*410-209-4800*
*TTY/TDD:410-962-4462*
*410-209-4838*
*FAX 410-962-2310*
***Jamie.Bennett@usdoj.gov***


September 26, 2007

Honorable William M. Nickerson
United States District Judge
for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, Md.  21201

    Re: United States v. Rachel, et. al.
        Civil Action No. WMN-02-754

Dear Judge Nickerson:

    The government inadvertently filed the wrong document as Exhibit 1 to its Motion to Strike the Expert Testimony of Darrell Oyer.  With apologies to the Court and the Clerk's Office, the correct Exhibit 1 is attached.


                        Respectfully submitted,

                        Rod J. Rosenstein
                        United States Attorney


                        _____/s/_____
                        Jamie M. Bennett