UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERCA**       : | |
| : | |
| **Plaintiff**       : | |
| : | |
| v.       : | Case No. WMN-02-754 |
| : | |
| **JOHN RACHEL, et al.**       : | |
| : | |
| **Defendants.**       : | |

**DEFENDANTS' MOTION IN LIMINE**

Defendants John Rachel, *et al*., seek an order precluding plaintiff the United States from raising contentions of violations of the Truth in Negotiations Act, 41 U.S.C. § 254b ("TINA"), and the portion of the TINA-related Federal Acquisition Regulation incorporated into the contract between the Government and a non-party, Diez Management Systems, Inc. The grounds for this motion are more particularly set forth in the attached memorandum.

                                                Respectfully submitted,

                                                S/Edward J. Tolchin
                                                Edward J. Tolchin
                                                Fettmann, Tolchin, & Majors, P.C.
                                                10509 Judicial Drive, Suite 300
                                                Fairfax, VA 22030
                                                703-385-9500
                                                703-385-9893 (facsimile)
                                                etolchin@ftm-pc.com

**Certificate of Service**

     I hereby certify on this 2d day of October 2007, the foregoing Defendants' Motion in Limine was served via electronic filing with the Court to those persons receiving ECF notice.

                                                              S/Edward J. Tolchin
                                                              Edward J. Tolchin