UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERCA** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | Case No. WMN-02-754 |
| | : | |
| **JOHN RACHEL, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

Upon consideration of Defendants' Motion in Limine, and having heard and considered all arguments relevant thereto, it is this _____ day of _____, 2007,

ORDERED that the Motion is granted and plaintiff the United States is prohibited from raising matters involving the Truth in Negotiations Act, 41 U.S.C. § 254b or its implementing regulations and contract clauses.

_____
United States District Judge

Copies to Counsel of Record