

**TECHNICAL DESIGN RESOURCES, INC.**
14004 H Willard Rd., Chantilly, VA
P.O. Box 843, Vienna, VA 22183
PH. 703/631-8282   FAX: 703/631-4672

*pd 9 Dec*
*CK# 1137*

| CUSTOMER ORDER NO | PHONE NO | | DATE | |
|---|---|---|---|---|
| P.O. 95-1001 | | | 9 DEC 96 | |

**SOLD TO:** COMPUTER SPECIALITIES OF MARYLAND, INC.
**ADDRESS:** P.O. BOX 881, GLEN BURNIE, MD 21061
**DELIVER TO — JOB NAME / LOCATION:** REP PICKED UP

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | LOADED BY | DRIVER |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | DESCRIPTION | SIZE | PRICE | AMOUNT |
|---|---|---|---|---|
| 19 | LAPTOP COMPUTER COVERS | (6 HOLE) | 26.20 EA | |
| 25 | LAPTOP COMPUTER COVERS | (5 HOLE) | 24.60 EA | |
| 4 | LAPTOP COMPUTER KEYBOARD COVERS | | 18.00 EA | |

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL

*Thank You*

002190

*Pd y Dew*
*CK #1137*

# INVOICE

**TECHNICAL DESIGN RESOURCES, INC.**
14004 H Willard Rd., Chantilly, VA
P.O. Box 843, Vienna, VA 22183

PH. 703/631-8282   FAX 703/631-4672

*Please refer to this number on all correspondence* ➤  1821

TO: COMPUTER SPECIALITIES OF MARYLAND, INC.
P.O. BOX 881
GLEN BURNIE, MD 21061

SHIP TO: REP PICKED UP

| CUSTOMER ORDER NO | INVOICE DATE | DATE SHIPPED | SHIPPED VIA | F.O.B. | TERMS |
|---|---|---|---|---|---|
| P.O. 95-1001 | 9 DEC 96 | 9 DEC 96 | PICK UP | | NET 30 DAYS |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|
| 19 | LAPTOP COMPUTER COVERS (6 HOLE) | 26.20 | 497.80 |
| 25 | LAPTOP COMPUTER COVERS (5 HOLE) | 24.60 | 615.00 |
| 4 | KEYBOARD COMPUTER COVERS (LAPTOP) | 18.00 | 72.00 |
| | TOTAL COST | | $1184.80 |



TDR·95-255 RAI folder Ks

DIEZ MANAGEMENT SYSTEMS, INC.                                                           0004247

| JR REF. NO. | YOUR INV. NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET AMOUNT |
|---|---|---|---|---|---|---|
| 004427 | 96-46 | 12/09/96 | 5405.40 | 5405.40 | 0.00 | 5405.40 |
| 004428 | 96-47 | 12/09/96 | 302.40 | 302.40 | 0.00 | 302.40 |
| 507 | 96-49 | 12/16/96 | 4422.60 | 4422.60 | 0.00 | 4422.60 |
| 08 | 96-48 | 12/12/96 | 798.32 | 798.32 | 0.00 | 798.32 |
| TOTALS | | | 10928.72 | 10928.72 | 0.00 | 10928.72 |

**DIEZ MANAGEMENT SYSTEMS, INC.**
2241-K TACKETT'S MILL DRIVE
LAKE RIDGE, VIRGINIA 22192
(703) 494-9745

GEORGE MASON BANK
FAIRFAX, VIRGINIA

68-444/560

0004247

DATE            CONTROL NO.            AMOUNT

PAY   ***10928 DOLLARS AND 72 CENTS**    01/03/97    004247    ***10928.72

TO THE
ORDER
OF

RGI, INC.
5203 LEESBURG PIKE
SUITE 1300   ATTN: F. LLANA
FALLS CHURCH        VA 22041

Roberto _____

**NON-NEGOTIABLE**

⑈004247⑈ ⑆056004445⑆ 008139 6⑈

B3-067

# DMSI  *DIEZ MANAGEMENT SYSTEMS, INC.*

*VENDOR VOUCHER FORM*

| VOUCHER INFORMATION | | |
|---|---|---|
| Vendor Number: RGI520 | Voucher Number: 4428 | |
| Date Input: | Vendor's Name: RGI | |
| **INVOICE INFORMATION** | | |
| PO Number: | Invoice Number: 96-47 | Invoice Date: 12-9-96 |
| **INVOICES DISTRIBUTION** | | |
| FULL AMOUNT INVOICED: | | $ |

| Account Number: | Description: | Code: | Amount: |
|---|---|---|---|
| 0150 | | | 302.40 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**ORIGINAL**

**RGI INCORPORATED**
5203 LEESBURG PIKE, SUITE 1300
FALLS CHURCH, VA. 22041
(703) 820-4900

INVOICE DATE: December 9, 1996                INVOICE NO.: 96-47

TO: DIEZ MANAGEMENT SYSTEMS, INC.
2241-K TACKETT'S MILL DRIVE
LAKE RIDGE, VA. 22192

| ITEM | PART NO. | DESCRIPTION | UNIT | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 1 | SPECIAL | LAPTOP COMPUTER (KEYBOARD COVERS) | 4 | 75.60 | 302.40 |
| | | | TOTAL | | 302.40 |

TERM: C. O. D.

*T. Cammack  12/10/96*       TOTAL AMOUNT DUE   302.40

Make Check Payable To:
RGI, Incorporated
5203 Leesburg Pike, Suite 1300
Falls Church, VA. 22041
Attn: Florante Llana

**DIEZ MANAGEMENT SYSTEMS, INC.**
2241-K TACKETT'S MILL DRIVE
LAKE RIDGE, VIRGINIA 22192
(703) 494-9745

68-444/560

CONTROL NO. 0004247

DATE 01/03/97

AMOUNT ***10928.72

PAY ***10928 DOLLARS AND 72 CENTS**

TO THE ORDER OF
RGI, INC.
5203 LEESBURG PIKE
SUITE 1300 ATTN: F. LLANA
FALLS CHURCH   VA 22041

GEORGE MASON BANK
FAIRFAX, VIRGINIA

⑆004247⑆ ⑈056004445⑈ 008139 6⑈

Auditors Note:
Of the 10,928.72, 798.32 was
attributed to SSA contract, the
remains 10,130.40 was attributed to
MNDOT/AP. $4,828.00 - hinge repair
Kit - on 4 invoices 96-46 &
96-49. 83-67 & 83-70.

0004247

```
REPORT DATE: 02/03/97  17:19                          DIEZ MANAGEMENT SYSTEMS, INC.                                    PAGE 001
                                                   CHECK REGISTER (ALL CASH ACCTS)
                                                   FOR THE PERIOD ENDING 01/31/97

STARTING CHECK #:       1      ENDING CHECK #: 999999

CASH        CHECK    CHECK                            VOUCHR   INVOICE    VOUCHER    VOUCHER    DISCOUNT    CHECK
ACCOUNT     NUMBER   DATE     VENDOR NAME             NO       NO         DATE       AMOUNT     AMOUNT      AMOUNT
```

| CASH ACCOUNT | CHECK NUMBER | CHECK DATE | VENDOR NAME | VOUCHR NO | INVOICE NO | VOUCHER DATE | VOUCHER AMOUNT | DISCOUNT AMOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0106 - 010 | 3282 | 05/31/96 | TERRY L. CARMACK | 004929 | 052596 | 01/30/97 | -27.88 | 0.00 | -27.88 |
| 0106 - 010 | 3971 | 01/15/97 | CER COMPUTERS | 004788 | 110596 | 01/15/97 | -130.00 | 0.00 | -130.00 |
|  |  |  |  |  | CHECK TOTAL: |  | -130.00 | 0.00 | -130.00 |
| 0106 - 010 | 4009 | 01/15/97 | CER COMPUTERS | 004789 | 110896 | 01/15/97 | -165.00 | 0.00 | -165.00 |
|  |  |  |  |  | CHECK TOTAL: |  | -165.00 | 0.00 | -165.00 |
| 0106 - 010 | 4095 | 01/15/97 | CER COMPUTERS | 004790 | 112696 | 01/15/97 | -65.00 | 0.00 | -65.00 |
|  |  |  |  |  | CHECK TOTAL: |  | -65.00 | 0.00 | -65.00 |
| 0106 - 010 | 4098 | 01/15/97 | CER COMPUTERS | 004791 | 112996 | 01/15/97 | -65.00 | 0.00 | -65.00 |
|  |  |  |  |  | CHECK TOTAL: |  | -65.00 | 0.00 | -65.00 |
| 0106 - 010 | 4149 | 01/15/97 | CER COMPUTERS | 004792 | 121396 | 01/15/97 | -295.00 | 0.00 | -295.00 |
|  |  |  |  |  | CHECK TOTAL: |  | -295.00 | 0.00 | -295.00 |
| 0106 - 010 | 4247 | 01/03/97 | RGI, INC. | 004427 | 96-46 | 12/09/96 | 5405.40 | 0.00 | 5405.40 |
|  |  |  |  | 004428 | 96-47 | 12/09/96 | 302.40 | 0.00 | 302.40 |
|  |  |  |  | 004507 | 96-49 | 12/16/96 | 4422.60 | 0.00 | 4422.60 |
|  |  |  |  | 004508 | 96-48 | 12/12/96 | 798.32 | 0.00 | 798.32 |
|  |  |  |  |  | CHECK TOTAL: |  | 10928.72 | 0.00 | 10928.72 |
| 0106 - 010 | 4248 | 01/03/97 | FOOTHILL CAP.\RGI, INC. | 003834 | 96-4466 | 10/05/96 | 55896.43 | 0.00 | 53632.03 |
|  |  |  |  | 003872 | 96-4465 | 10/02/96 | 5211.32 | 0.00 | 5211.32 |
|  |  |  |  | 004261 | 96-4507 | 11/06/96 | 2271.05 | 0.00 | 2271.05 |
|  |  |  |  |  | CHECK TOTAL: |  | 63378.80 | 0.00 | 61114.40 |

2 cks

| ACCOUNT | TRANS. CODE | PD | VOUCHER SOURCE NUMBER | VENDOR NAME | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 0110-050-00 FED INCOME TAX RECEIVABLE | | | | | PD 05-07(TOT SUPPRESS) | 0.00 | 0.00 | 4901.00 |
| | | | | | | | | -239.98 |
| 0110-055-00 STATE INCOME TAX REC | | | | | BEGINNING YEAR BALANCE | 3840.00 | 0.00 | 3840.00 |
| | | | | | PD 05-08(TOT SUPPRESS) | 0.00 | 544.00 | 3296.00 |
| 0112-000-00 EMPLOYEE ADVANCES | | | | | BEGINNING YEAR BALANCE | 146493.06 | 239.98 | 146253.08 |
| | | | | | PD 01-11(TOT SUPPRESS) | 0.00 | 1259.22 | 144993.86 |
| | AJ-211 | 12 | N/A | | TO RECORD P/R 12/7/96 | 4258.78 | 0.00 | 149252.64 |
| | AJ-213 | | N/A | | TO MOVE ACCNT FROM LOAN | 0.00 | 366.00 | 148886.64 |
| | AJ-226 | | N/A | | | 276.92 | 0.00 | 149163.56 |
| | AP-006 | | 004378 | TREASURER OF VA | JOHN R. CUYLER JR. | 392.30 | 0.00 | 149555.86 |
| | AP-006 | | 004379 | OFF/CHILD SUPPORT ENFORCE | JOHN R. CUYLER JR. | 392.30 | 0.00 | 149948.16 |
| | AP-015 | | 004461 | OFF/CHILD SUPPORT ENFORCE | JOHN R. CUYLER JR | 276.92 | 0.00 | 150225.08 |
| | AP-015 | | 004462 | TREASURER OF VA | JOHN R. CUYLER JR | 366.00 | 0.00 | 150591.08 |
| | AP-015 | | 004510 | SASI | JUDITH MISKILL-REIMBRSM | 9.75 | 0.00 | 150600.83 |
| | AP-020 | | 004544 | FEDERAL EXPRESS CORP | EMPLOYEE ADVANCES | 0.00 | 0.00 | 150600.83 |
| | AP-030 | | 004658 | OFF/CHILD SUPPORT ENFORCE | JOHN R. CUYLER JR | 392.30 | 0.00 | 150993.13 |
| | AP-030 | | 004659 | TREASURER OF VA | JOHN R. CUYLER JR | 276.92 | 0.00 | 151270.05 |
| | CR-001 | | 000431 | | GERRI MELLEN-FED.EXP. | 0.00 | 3.89 | 151266.16 |
| | CR-001 | | 000432 | | ROBERTO DIEZ-PAYMENT | 0.00 | 75000.00 | 76266.16 |
| | | | | | PERIOD 12 ACTIVITY | 6642.19 | 76629.11 | -69986.92 |
| 0121-000-00 PREPAID INTEREST | | | | | BEGINNING YEAR BALANCE | 309.60 | 0.00 | 309.60 |
| 0130-000-00 INVENTORY | | | | | BEGINNING YEAR BALANCE | 97750.00 | 0.00 | 97750.00 |
| | AJ-222 | 12 | N/A | | PD 04-11(TOT SUPPRESS) | 0.00 | 17385.51 | 80364.49 |
| | AP-006 | | 004384 | RGI, INC. | TO TRANSFER AMOUNT USED | 6633.90 | 0.00 | 86998.39 |
| | AP-006 | | 004385 | RGI, INC. | INVENTORY | 1134.00 | 0.00 | 88132.39 |
| | AP-010 | | 004427 | RGI, INC. | INVENTORY | 5405.40 | 0.00 | 93537.79 |
| | AP-010 | | 004428 | RGI, INC. | INVENTORY | 302.40 | 0.00 | 93840.19 |
| | AP-015 | | 004507 | RGI, INC. | INVENTORY | 4422.60 | 0.00 | 98262.79 |
| | AP-018 | | 004519 | MIKE'S UPGRADES | INVENTORY | 1200.00 | 0.00 | 99462.79 |
| | AP-018 | | 004520 | THE BATTERY SOURCE, INC. | INVENTORY | 237.00 | 0.00 | 99699.79 |
| | AP-019 | | 004529 | THE BATTERY SOURCE, INC. | INVENTORY | 2022.00 | 0.00 | 101721.79 |
| | AP-029 | | 004641 | TECHZAM | INVENTORY | 140.00 | 0.00 | 101861.79 |
| | AP-029 | | 004642 | METRICA, INC. | INVENTORY | 355.00 | 0.00 | 102216.79 |
| | AP-029 | | 004647 | TECHZAM | INVENTORY | 800.00 | 0.00 | 103016.79 |
| | AP-035 | | 004704 | THE BATTERY SOURCE, INC. | INVENTORY | 55.70 | 0.00 | 103072.49 |
| | | | | | PERIOD 12 ACTIVITY | 22708.00 | 17385.51 | 5322.49 |

Source:
DMSI
"97" Accounting
Records



36 @ 117 = 4212
4 @ 72 = 288
         4500

See B3-81 for Orig          B3-84





Auditor's Note:
Of the $1184.80, $72.00
was not attributed to the
hinge repairs; $1112.80
was for hinge repairs.
DL