**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

```
CHAMBERS OF                                              101 W. LOMBARD STREET
WILLIAM M. NICKERSON                                  BALTIMORE, MARYLAND 21201
SENIOR UNITED STATES DISTRICT JUDGE                            (410) 962-7810
                                                               FAX 962-2577
```

October 12, 2007

Michael A. DiPietro
Jamie M. Bennett
Edward J. Tolchin

    Re:  **United States v. Rachel**
           **Civil Case No. WMN-02-754**

Dear Counsel:

    I understand that Mr. Rachel has suffered a medical emergency and that the parties consent to a rescheduling of the October 29, 2007, trial date.

    In light of this development, I would like to confer with counsel to discuss future scheduling in this matter. I have set in a scheduling conference by telephone in lieu of the pre-trial conference scheduled for next Thursday, October 18, 2007, at 9:45 a.m.

    It would be appreciated if Mr. Tolchin would initiate the call.

                            Very truly yours,

                                 /s/
                        _____
                        William M. Nickerson
                        Senior United States District Judge

cc: Court File