IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Civil No. WMN-02-754 |
| | : | |
| JOHN RACHEL <u>et al.</u> | : | |
| | : | |

**ORDER**

In accordance with the foregoing memorandum, and for the reasons stated therein, IT IS this 17th day of October, 2007 by the United States District Court for the District of Maryland, ORDERED:

1. That the government's Motion to Bar Reference to Treble Damages and Penalties Before the Jury, Paper No. 68, is GRANTED;

2. That the government's Motion to Strike and/or Limit Expert Testimony by Darrell J. Oyer, Paper No. 66, is DENIED, except that the government's request for leave to take a deposition of Mr. Oyer and to designate an expert in rebuttal is GRANTED;

3. That Defendants' Motion in Limine, Paper No. 70, is DENIED;

4. That the government shall designate an expert in rebuttal no later than November 2, 2007; and

5. That the Clerk of the Court shall transmit copies of this Memorandum and this Order to all counsel of record.

_____/s/_____
William M. Nickerson
Senior United States District Judge