UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERCA | : | |
| Plaintiff | : | |
| v. | : | Case No. WMN-02-754 |
| JOHN RACHEL, et al. | : | |
| Defendants. | : | |

ORDER

Upon consideration of Defendants' Motion to Continue Trial Date, and having heard and considered all arguments relevant thereto, it is this _____ day of _____, 20___,

ORDERED that the Motion is granted and the trial is continued to a date to be set by the Court.

_____
United States District Judge

Copies to Counsel of Record