**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*Jamie M. Bennett*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*410-209-4800*
*TTY/TDD:410-962-4462*
*410-209-4838*
*FAX 410-962-2310*
*Jamie.Bennett@usdoj.gov*

January 2, 2008

The Honorable William M. Nickerson
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: United States v. John Rachel, et. al
       <u>Civil No. WMN-02-0754</u>

Dear Judge Nickerson:

    I am writing in response to the defendants' recent request for a further continuance of the trial date based upon Mr. Rachel's health.

    While the Government has no objection to a continuance, we believe it would be helpful to get some further information from Mr. Rachel's doctor, preferably in a conference call with the Court. It would be useful to know exactly what Mr. Rachel's current condition is and what the prognosis is for his recovery, so that the Court and counsel can make a more informed decision about

when he would likely be well enough to stand trial.

                Respectfully submitted,

                Rod J. Rosenstein
                United States Attorney

By: _____/s/_____
        Jamie M. Bennett
        Assistant United States Attorney
        Bar No. 08468
        36 South Charles Street
        Baltimore, Maryland 21201-2692
        410/209-4838