UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

January 10, 2008

Michael A. DiPietro
Jamie M. Bennett
Edward J. Tolchin

Re:   **United States v. Rachel**
      **Civil Case No. WMN-02-754**

Dear Counsel:

    The Court is in receipt of Defendants' motion for a continuance of the trial now scheduled to begin on February 19, 2008. According to counsel for the Defendants, due to the cerebral aneurysm suffered by Mr. Rachel in October of 2007, he has been unable to participate in trial preparation. Defendants also attached a letter from Mr. Rachel's doctor indicating that Mr. Rachel would be unable to attend a trial in February.

    The Government consents to the continuance, but has requested a status conference between the parties, the Court and Mr. Rachel's doctor to discuss Mr. Rachel's prognosis and future scheduling in this matter.

    The Court will grant the motion for continuance. A status conference by telephone will be held on January 30, 2008, at 9:45 a.m. If Mr. Rachel's physician is willing and able to participate in the phone call, the Court is amenable to that possibility. If that is not a possibility, the Court expects that counsel for Defendants will be prepared to brief the Court on Mr. Rachel's condition and prognosis to assist in further scheduling in this matter. It would be appreciated if counsel for Defendants would initiate the call.

    Despite the informal nature of this letter, it is an order of the Court and shall be docketed as such.

                                        Very truly yours,
                                               /s/

                                       William M. Nickerson
                                       Senior United States District Judge

cc: Court File