**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Civil No. WMN-02-754 |
| | : | |
| JOHN RACHEL <u>et al.</u> | : | |
| | : | |

**ORDER**

In accordance with the foregoing memorandum, and for the reasons stated therein, IT IS this 26th  day of February, 2008, by the United States District Court for the District of Maryland, ORDERED:

1. That the government's "Motion to Admit Evidence Pursuant to Federal Rule of Evidence 404(b)," Paper No. 74, is GRANTED; and

2.  That the Clerk of the Court shall transmit copies of this Memorandum and this Order to all counsel of record.


                              /s/
    _____
                              William M. Nickerson
                              Senior United States District Judge