**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*Jamie M. Bennett*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*410-209-4800*
*TTY/TDD:410-962-4462*
*410-209-4838*
*FAX 410-962-2310*
***Jamie.Bennett@usdoj.gov***

July 23, 2008


The Honorable William M. Nickerson
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: United States v. John Rachel, et. al
        <u>Civil No. WMN-02-0754</u>

Dear Judge Nickerson:


    I am writing about the schedule for the upcoming trial in the captioned action.  I would like to find out whether the Court intends to sit on Friday September 5th , or if the Court will follow its usual practice of not sitting in trial on Fridays.  If the Court is in session on Friday, I will need to make alternate arrangements to have my daughter picked up when school ends at 2:30 p.m.  I would appreciate it if your chambers could advise me of the Court's plans.


        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney


    By: _____/s/_____
        Jamie M. Bennett
        Assistant United States Attorney