**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>WILLIAM M. NICKERSON<br>SENIOR UNITED STATES DISTRICT JUDGE | 101 W. LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-7810<br>FAX 962-2577 |

July 29, 2008

All Counsel

    Re: USA v. Rachel, et al.
         Civil Case No. WMN-02-754

Dear Counsel:

    Unfortunately, due to a conflict in my calendar, the pretrial conference and trial dates in this case will have to be rescheduled.

    I have therefore scheduled a telephone status conference, to be initiated by counsel for the government, for Tuesday, August 12, 2008, at 10:00 a.m.

                              Very truly yours,

                                    /s/

                              William M. Nickerson

cc: Court File